# NO. 12-10-00279-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *CHARLES MILES, AS INDEPENDENT EXECUTOR OF THE ESTATE OF BETTY LOUISE CARCAMO, DECEASED AND SENIOR LIVING PROPERTIES, LLC, APPELLANTS* | § | *APPEAL FROM THE 294TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *VAN PROPERTIES, LLC, APPELLEE* | § | *VAN ZANDT COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellants have filed an unopposed motion to dismiss this appeal. In their motion, Appellants state that the parties have reached a resolution of this dispute and no longer wish to pursue the appeal. Because Appellants have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed.

Opinion delivered November 24, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)